### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tamara One Feather, | ) | Case No. 1:26-cr-002 |
| | ) | |
| Defendant. | ) | |

Defendant appeared before the court on March 5, 2026, and was arraigned. At the close of the proceedings, the United States made an oral motion to correct a scrivener's error (the spelling of Defendant's first name) in Count One of the Indictment.

"Although the general rule is that a court may not amend an indictment, that rule is inapplicable when the change is one of form only." United States v. Mason, 869 F.2d 414, 417 (8th Cir. 1989). "Misnomers generally are mistakes of form that may be corrected by amending the indictment." Id. (collecting cases);

The amendment proposed by the United States is one of form only. It in no way changes the substance of the Indictment. The United States' motion is therefore granted and Count One is amended to reflect the correct spelling Defendant's first name: "Tamara."

**IT IS SO ORDERED.**

Dated this 5th day of March, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court